THE HON. BARBARA J. ROTHSTEIN
TRIAL DATE: 03/08/2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODY L. LANGSTON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington,<br><br>　　　　　　　Defendant. | No. 3:20-cv-05169-BJR<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

## I.　RELIEF REQUESTED

The parties by and through their attorneys of record, stipulate to and request an order to continue the trial date to September 13, 2021 and all related case schedule deadlines.

## II.　GROUNDS FOR MOTION

This case involves a claim by Plaintiff Jody Langston for payment of underinsured motorist ("UIM") benefits, and related extra-contractual claims raised by her related to that coverage. Ms. Langston was involved in a motor vehicle accident in July 2015, and seeks payment under the UIM provisions of her insurance policy with Defendant First National Insurance Company of America ("FNIC"). Ms. Langston seeks damages associated with injuries she relates to the accident.

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE
(Cause No. 3:20-cv-05169-BJR) – 1
cpw/CPW1379.757/3656450x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

The parties have exchanged preliminary discovery related to Ms. Langston's claims and FNIC's defenses. However, to fully evaluate its defenses to Ms. Langston's claims, FNIC asserts that it will need to conduct an independent medical examination ("IME"). To do that, Ms. Langston will need to travel to the Seattle-Tacoma area from where she currently resides, in Kentucky. Ms. Langston's location makes scheduling the IME more difficult. In addition, arranging her travel for the IME is made particularly difficult given current concerns related to the ongoing coronavirus pandemic. Finally, the parties must still finish collecting all records of Ms. Langston's medical treatment, which must occur before any IME takes place.

Under the circumstances, the parties will be unable to meet deadlines set under the current case schedule. In particular, the current expert disclosure deadline (September 9, 2020), discovery cutoff (November 9, 2020) do not allow sufficient time to collect evidence material to the parties' claims and defenses and complete Ms. Langston's IME.

To accommodate the needs of the case, to accommodate potential delays in discovery, and to facilitate the parties' goal of reaching an agreeable settlement short of trial, the parties have agreed and propose that the existing schedule be modified as follows, subject to the Court's approval:

| DATE | CASE EVENT |
|---|---|
| 09/13/2021 | **Jury Trial (5-7 days) or as soon as available thereafter** |
| 08/30/2021 | Trial briefs, proposed voir dire & jury instructions due |
| 09/03/2021 | Pretrial conference held – September 3, 2021 at 8:30 a.m. |
| 08/27/2021 | Agreed Pretrial Order lodged by |
| 09/09/2021 | Motions in Limine filed and noted on the motion calendar no later than the Friday before the pretrial conference |
| 06/21/2021 | Dispositive Motions filed by |
| 05/21/2021 | Discovery completed by |
| 04/30/2021 | All discovery motions filed by |
| 03/17/2021 | Disclosure of expert testimony under FRCP 26(a)(2) |

The parties have not previously sought a trial continuance. This proposed modification of the case schedule will permit the parties to finish discovery, minimize costs,

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE
(Cause No. 3:20-cv-05169-BJR) – 2
cpw/CPW1379.757/3656450x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  and engage in meaningful settlement discussions while avoiding prejudice to the parties by
2  allowing a limited extension of time.
3
4         SO STIPULATED this  9th   day of September, 2020.
5
                            WILSON SMITH COCHRAN DICKERSON
6
7                           s/ Chris H. Pierce-Wright
                            John M. Silk, WSBA No. 15035
8                           Chris H. Pierce-Wright, WSBA No. 52815
                            *Of Attorneys for Defendant*
9                           WILSON SMITH COCHRAN DICKERSON
                            901 Fifth Avenue, Suite 1700
10                          Seattle, WA  98164-2050
11                          T: (206) 623-4100 / F: (206) 623-9273
                            Email: silk@wscd.com; pierce-wright@wscd.com
12
13
14
                            RON MEYERS & ASSOCIATES PLLC
15
16                          _____
                            Ron Meyers, WSBA No. 13169
17                          Matthew G. Johnson, WSBA No. 27976
                            Tim Friedman, WSBA No. 37983
18                          8765 Tallon Lane NE, Suite A
                            Olympia, WA  98516-6654
19                          T: (360) 733-5774 / F: (360) 733-5785
20                          ron.m@rm-law.us
                            matt.j@rm-law.us
21                          tim.f@rm-law.us
22
23
24
25
26
27

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE
(Cause No. 3:20-cv-05169-BJR) – 3
cpw/CPW1379.757/3656450x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

# ORDER

This matter having come before the Court on the parties' stipulated motion for trial continuance, and the Court having considered that the parties have jointly agreed and stipulated to a continuance of the trial date based on a showing of agreed good cause warranting continuance, and the Court having reviewed the motion, and the records and files herein; and being fully advised, finds that the motion should be granted as there are extraordinary circumstances, set forth above, such that there is no alternative to the requested continuance that would prevent a substantial injustice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The stipulated motion is GRANTED. It is further ORDERED that:

2. The trial date of this matter is continued to September 13, 2021.

3. The Case Schedule is modified as follows:

| DATE | CASE EVENT |
| --- | --- |
| 09/13/2021 | **Jury Trial (5-7 days) or as soon as available thereafter** |
| 08/30/2021 | Trial briefs, proposed voir dire & jury instructions due |
| 09/03/2021 | Pretrial conference held – September 3, 2021 at 8:30 a.m. |
| 08/27/2021 | Agreed Pretrial Order lodged by |
| 09/09/2021 | Motions in Limine filed and noted on the motion calendar no later than the Friday before the pretrial conference |
| 06/21/2021 | Dispositive Motions filed by |
| 05/21/2021 | Discovery completed by |
| 04/30/2021 | All discovery motions filed by |
| 03/17/2021 | Disclosure of expert testimony under FRCP 26(a)(2) |

It is so ordered this 10th day of September, 2020.

*/s/ Barbara J. Rothstein*
JUDGE BARBARA J. ROTHSTEIN

STIPULATION AND ORDER TO CONTINUE
TRIAL DATE AND AMEND CASE SCHEDULE
(Cause No. 3:20-cv-05169-BJR) – 4