1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY L. LANGSTON,<br><br>                                   Plaintiff,<br><br>                    vs.<br><br>FIRST NATIONAL INSURANCE<br>COMPANY OF AMERICA, a foreign<br>corporation doing business in Washington,<br><br>                                   Defendant. | No. 3:20-cv-05169-BJR<br><br>ORDER AMENDING DISCLOSURE<br>DEADLINE FOR MEDICAL<br>EXAMINATION REPORT |

This matter having come before the Court on the parties' stipulated motion to amend the disclosure deadline for Defendant's expert medical report (Dkt. No. 14); the Court having considered that the parties have jointly agreed and stipulated to a continuance of the expert disclosure deadline related to Plaintiff's medical exam on a showing of agreed good cause; the Court having reviewed the motion, and the records and files herein; the Court is fully advised and finds that the motion should be granted as there are extraordinary circumstances, such that there is adequate basis for the requested relief.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The stipulated motion (Dkt. No. 14) is GRANTED. It is further ORDERED that:

2.      Defendant's disclosure of expert testimony under FRCP 26(a)(2) associated with the March 15, 2021 medical exam shall be due no later than April 19, 2021.

Dated: January 26, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER AMENDING DISCLOSURE
DEADLINE FOR MEDICAL EXAMINATION
REPORT (Cause No. 3:20-cv-05169-BJR) – 2