THE HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODY L. LANGSTON,<br><br>                              Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington,<br><br>                              Defendant. | No. 3:20-cv-05169-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys fees, costs and other litigation expenses.

DATED this 14th day of December, 2021.

> *s/ Matthew G. Johnson*
> Matthew G. Johnson, WSBA #27976
> Ron Meyers & Associates
> 8765 Tallon Ln NE, Suite A
> Lacey, WA 98516-6654
> 360-459-5600 T | 360-459-5622 F
> matt.j@rm-law.us
> Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF
DISMISSAL (Cause No. 3:20-cv-05169-BJR) – 1
JMS1379.757/4040180X



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ John M. Silk*
John M. Silk, WSBA #15035
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
206-623-4100 T | 206-623-9273 F
silk@wscd.com
Attorneys for Defendant

### ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED that all claims in this action are hereby dismissed with prejudice and without costs, with each party to bear their own attorneys' fees, costs and other litigation expenses.

DATED this 14th day of December, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR AND ORDER OF
DISMISSAL (Cause No. 3:20-cv-05169-BJR) – 2
JMS1379.757/4040180X



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273